FILED BY /s/ D.C.

05 JUL 22 PM 4: 05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff

VS.

CR. NO. 04-20170-D

MICHAEL RAY PINKERTON, JR.

    Defendant.

---

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY
AND **SETTING**

---

This cause came on for a report date on July 21, 2005. At that time, counsel for the defendant requested a continuance of the August 1, 2005 trial date and requested a hearing date on defendant's motion to suppress filed on July 19, 2005.

The Court granted the request and reset the trial date to September 6, 2005 with a **suppression hearing/ report date of Tuesday, August 30, 2005, at 2:00 p.m.**, in Courtroom 3, 9th Floor of the Federal Building, Memphis, TN.

The period from August 12, 2005 through September 16, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 25 day of July, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7/27/05

59

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 59 in case 2:04-CR-20170 was distributed by fax, mail, or direct printing on July 27, 2005 to the parties listed.

---

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Honorable Bernice Donald
US DISTRICT COURT