FILED BY _____ D.C.

05 AUG 30 PM 4:11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,

    Plaintiff,

v.     Case No. 04-20170-D

MICHAEL PINKERTON,

    Defendant.

## ORDER ON CONTINUANCE

This cause came on to be heard upon motion of the defendant to continue his suppression hearing based upon the need for additional preparation of his case. Upon statement of counsel and the entire record, the Court finds the motion well taken and grants defendant's request.

WHEREFORE, the defendant's motion for suppression will be reset by the Court. All time exclusions will apply to avoid prejudice to the government.

_____
Honorable Bernice Donald
District Court Judge

Dated: August 30, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  9/2/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 62 in case 2:04-CR-20170 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT