FILED BY _____ D.C.

05 OCT 11 AM 9:32

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff

VS.

                    CR. NO. 04-20170-D

MICHAEL RAY PINKERTON, JR.

    Defendant.

---

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND SETTING

---

This cause was set for a suppression hearing/ report date on August 30, 2005. Counsel for the defendant filed a motion requesting a continuance of the September 6, 2005 trial date in order to allow for additional preparation in the case.

The Court granted the motion and reset the trial date to November 7, 2005 with a **suppression hearing/ report date of Monday, October 31, 2005, at 2:00 p.m.**, in Courtroom 3, 9th Floor of the Federal Building, Memphis, TN.

The period from September 16, 2005 through November 18, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this _8th_ day of October, 2005.

_____
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _10-12-05_


66



# Notice of Distribution

This notice confirms a copy of the document docketed as number 66 in case 2:04-CR-20170 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT