IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 NOV -2 PM 1: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL RAY PINKERTON Jr., )<br>)<br>Defendant. ) | CR. NO. 04-20170-D |

### ORDER

On the 31st day of October, 2005, came to be considered the Defendant Michael Ray Pinkerton, Jr.'s **MOTION TO SUPPRESS**. The Court heard testimony by three witnesses, received evidence, heard argument by both parties and considered the written memoranda submitted by the parties. The Court is of the opinion that the Defendant's motion be and is hereby DENIED for the reasons stated on the record at the conclusion of the hearing.

Ordered this 2nd day of November, 2005.

_____
HONORABLE BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

APPROVED: _____
Lorraine Craig
Assistant U.S. Attorney

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-2-05

67

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 67 in case 2:04-CR-20170 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT