IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,

    **Plaintiff,**

v.                                Case No. 04-20170-D

MICHAEL PINKERTON,

    **Defendant.**

## ORDER GRANTING CONTINUANCE

This cause came on to be heard on motion of defendant to continue his case to allow additional time to prepare. Upon statement of counsel and the record as a whole, the Court finds the matter well taken and grants the motion to continue the case to the 17 day of November 2005.

                                      Bernice Donald
                                      District Court Judge

Dated: November 17, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11/21/05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 72 in case 2:04-CR-20170 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT